THIS ORDER IS APPROVED.

Dated: July 2, 2018

*Brenda Moody Whinery*
**Brenda Moody Whinery, Chief Bankruptcy Judge**
_____

**ZIEVE, BRODNAX & STEELE, LLP**
3550 N. Central Ave., Ste. 625
Phoenix, AZ 85012
Phone: (602) 282-6188
Fax: (602) 865-8086
E-mail: Jtirello@zbslaw.com
Joseph J. Tirello, Jr., Esq. (AZ Bar #033371)
Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1
[File No. 18000420]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case #4:17-bk-14611-BMW |
| Jerome K. Afi and Mathilde Adzo Dogbe, | Chapter 7 Proceedings |
| Debtors, | |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1, | ORDER LIFTING THE AUTOMATIC STAY |
| Movant | (Relates to Docket 41) |
| v. | |
| Jerome K. Afi and Mathilde Adzo Dogbe, Debtors and Stanley J. Kartchner, Trustee, | |
| Respondents. | |

A Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by U.S. Bank National Association, not in its individual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 ("Movant"), after receiving a response in opposition to the motion for relief, after conducting a hearing on the motion, and that good cause exists to grant the Motion for Relief;

THEREFORE, IT IS ORDERED:

1. Movant, its assignees or successors-in-interest, is hereby granted relief from the Automatic Stay imposed under 11 U.S.C. § 362 with reference to the real property generally described as 4851 E. Chickweed Dr., Tucson, AZ 85756 and legally described as:

LOT 158, OF RANCHO VALENCIA, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, RECORDED IN BOOK 60 OF MAPS, PAGE 17.

Movant may begin or continue foreclosure proceedings following applicable law and/or enforce any contract or state law remedies it has against said real property.

2. Unless and until otherwise ordered, the Automatic Stay imposed against Movant shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

3. Pursuant to the hearing conducted on June 5, 2018, the automatic stay will be in effect until July 6, 2018 or which the discharge enters, whichever occurred first. Since the discharge entered on June 22, 2018 stay relief was effective as of the date of discharge.

SIGNED & DATED ABOVE